AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### District of South Carolina

| | |
|---|---|
| Wesley Devon Foote, | ) |
| *Petitioner* | ) |
| v. | ) |
| M. Travis Bragg, Warden FCI Bennettsville, | ) |
| *Respondents* | ) |

Civil Action No.        1:16-cv-01658-MGL

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__),

which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with

costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____

recover costs from the petitioner *(name)* _____.

■  other: the petitioner, Wesley Devon Foote, shall take nothing of the respondent, M. Travis Bragg, and this case is

dismissed without prejudice.


This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the  Honorable Mary Geiger Lewis, United States District Judge, presiding, adopting the Report and
Recommendation set forth by the Honorable Shiva V. Hodges, United States Magistrate Judge, which recommended
dismissing the petition without prejudice.


Date:   July 12, 2016                                          *ROBIN L. BLUME, CLERK OF COURT*

                                                              s/M. Walker
                                                    _____
                                                          *Signature of Clerk or Deputy Clerk*